April 3, 1981.

433 A.2d 524

Commonwealth v. Albury, Appellant.

Submitted September 13, 1979. Darryl A. Irwin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

433 A.2d 524

Commonwealth v. Alting, Appellant.

Submitted June 13, 1980. Carol E. Haltrecht, Assistant Public Defender, for appellant; John E. White, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.